**Appeal No. 16-1075**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Blue Spike, LLC,**

*Plaintiff-Appellant,*

**v.**

**Adobe Systems Incorporated,**

*Defendant-Appellee.*

*Appeal from the United States District Court for the Northern District of California, Case No. 4:14-CV-01647, Judge Yvonne Gonzalez Rogers.*

**STATUS REPORT PURSUANT TO THE COURT'S ORDER OF OCTOBER 29, 2015**

Defendant-Appellant Adobe Systems Inc. ("Adobe") and Plaintiff-Appellee Blue Spike, LLC ("Blue Spike") submit this status report in accordance with the Court's Order of October 29, 2015.

This is an appeal of the District Court's order denying Adobe's Motion for Attorney's Fees on September 18, 2015. Adobe appeals this order denying its request for fees, and the appeal was docketed as Appeal No. 16-1075 on October 14, 2015 (the "Adobe Fees Appeal").

In a parallel appeal, Blue Spike appeals a non-infringement judgment from the Northern District of California entered in favor of Adobe on June 2, 2015. That appeal was docketed as Appeal No. 15-1803 by this Court on July 7, 2015 (the "Merits Appeal"). As noted below, the Merits Appeal is now moot and should be dismissed.

In a related action by Blue Spike against Google Inc. before the same District Court involving the same 5 patents-in-suit (case no. 4-14-cv-01650), the District Court entered a judgment of invalidity pursuant to 35 U.S.C. § 101 in favor of Google on October 1, 2015. Blue Spike appealed the invalidity judgment, and that appeal was docketed as Appeal No. 16-1054 by this Court on October 8, 2015 (the "Google Appeal"). Both the Merits Appeal and this Adobe Fees Appeal were stayed pending the Google Appeal. Case No. 15-1803, Dkt. 29.

On October 14, 2016, this Court issued a Rule 36 Affirmance in the Google Appeal. On November 14, 2016, Blue Spike filed a petition for *en banc* rehearing of the Google Appeal. On January 6, 2017, this Court issued an Order denying Blue Spike's petition, and on January 13, 2017, this Court's Mandate issued in the Google Appeal. Therefore the parties hereby inform the Court of the Court's final disposition in the Google Appeal (16-1054), and propose that the Merits Appeal be dismissed and the stay in the Adobe Fees Appeal be lifted. Case No. 15-1803, Dkt. 29.

Blue Spike's Merits Appeal is now moot because it sought review of the district court's judgment of non-infringement of the same five patents that are now invalid in view of the Google Appeal. Therefore, Blue Spike will dismiss its Merits Appeal.

As to the Adobe Fee Appeal, the parties propose that Appellant Adobe's opening brief be submitted on April 5, 2017, and that thereafter the parties follow Federal Rule of Appellate Procedure 31 and Federal Circuit Rule 31, with Appellee Blue Spike's brief due within 40 days after service of Appellant Adobe's opening brief, and Appellant Adobe's Reply Brief due within 14 days after service of Appellee Blue Spike's brief.

Dated: January 31, 2017

                                            Respectfully submitted,

| | |
|---|---|
| /s/ Randall Garteiser | /s/ Jeffrey M. Fisher |
| Randall T. Gartesier | Jeffrey M. Fisher |
| Lead Attorney | Eugene Y. Mar |
| Texas Bar No. 24038912 | Daniel C. Callaway |
| rgarteiser@ghiplaw.com | Farella Braun + Martel LLP |
| Christopher A. Honea | 235 Montgomery Street, 17th Floor |
| Texas Bar No. 24059967 | San Francisco, CA 94104 |
| chonea@ghiplaw.com | Telephone: (415) 954-4400 |
| Christopher S. Johns | |
| Texas Bar No. 24044849 | *Attorneys for Defendant-Appellee* |
| Kirk J. Anderson | *Adobe Systems Incorporated* |
| California Bar No. 289043 | |
| Molly A. Jones | |
| California Bar No. 301419 | |
| GARTEISER HONEA, P.C. | |
| 218 North College Avenue | |
| Tyler, Texas 75702 | |
| (903) 705-7420 | |
| (888) 908-4400 fax | |

*Attorneys for Plaintiff-Appellant*
*Blue Spike, LLC*

**Appeal No. 16-1075**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Blue Spike, LLC,**

*Plaintiff-Appellant,*

**v.**

**Adobe Systems Incorporated,**

*Defendant-Appellee.*

*Appeal from the United States District Court for the Northern District of California, Case No. 4:14-CV-01647, Judge Yvonne Gonzalez Rogers.*

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Adobe Systems Incorporated certifies as follows:

1. The full name of every party or amicus represented by us is:

   Adobe Systems Incorporated

2. The name of the real party in interest represented by us is:

   Adobe Systems Incorporated

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   None

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

**Farella Braun + Martel LLP**
Jeffrey M. Fisher
Eugene Y. Mar
Daniel C. Callaway

**The Dacus Firm**
Deron R. Dacus
Peter A. Kerr

Dated: January 31, 2017

/s/ Jeffrey M. Fisher
Jeffrey M. Fisher

*Attorneys for Defendant-Appellee*
*Adobe Systems Incorporated*

**Appeal No. 16-1075**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**Blue Spike, LLC,**

*Plaintiff-Appellant,*

**v.**

**Adobe Systems Incorporated,**

*Defendant-Appellee.*

*Appeal from the United States District Court for the Northern District of California, Case No. 4:14-CV-01647, Judge Yvonne Gonzalez Rogers.*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing brief on counsel of record this 31 day of January, 2017 via Electronic Means (by E-mail and/or CM/ECF):

Randall T. Garteiser
rgarteiser@ghiplaw.com
Christopher A. Honea
chonea@ghiplaw.com

Dated: January 31, 2017                /s/ Jeffrey M. Fisher
                                       Jeffrey M. Fisher

28386\5801752.1